# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Megan Derr<br>Craig M. Derr<br><br>　　　　　　　　　　　Debtors | Case No. 13-11700 BIF<br><br>Chapter 13 |
| CITIMORTGAGE, INC.<br>　　　　　　　　　　　Movant<br>v.<br>Megan Derr<br>Craig M. Derr<br>and<br>William C. Miller, Esquire<br>　　　　　　　　　　　Respondents | |

## ORDER

AND NOW, this ___ day of _____, 2014, it is hereby ORDERED ~~AND DECREED~~ that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are is hereby modified to permit, CITIMORTGAGE, INC. and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

~~Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtors directly to determine intent regarding the property located at 2628 S. Sylmar Street, Philadelphia, PA 19142 and/or to verify vacancy of the home.~~

It is further ORDERED ~~AND DECREED~~, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED ~~AND DECREED~~, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED ~~AND DECREED~~, that Movant is no longer required to send and/or file the Notices required by Federal Rule of Bankruptcy Procedure 3002.1.

*Order entered by default*

_____
United States Bankruptcy Judge